FILED
ENTERED
_____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 9 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JAMES JEFFERSON KENNER,

          Plaintiff,

vs.

J. MERCER, et al.,

          Defendants.
_____/

3:09-CV-0127-ECR (VPC)

**MINUTES OF THE COURT**

Date:  September 7, 2010

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__          REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

     Defendants filed a motion for *in camera* submission of the declaration of Karen L. Walsh, with attached confidential medical records, in support of defendants' motion for summary judgment (#33).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

     **IT IS ORDERED** that defendants' motion for *in camera* submission of the declaration of Karen L. Walsh, with attached confidential medical records, in support of defendants' motion for summary judgment (#33) is **GRANTED**.  The declaration and medical records (#35) are filed and shall remain under seal.

     **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                    By:___/s/_____
                              Deputy Clerk