UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES JEFFERSON KENNER,

        Plaintiff,                     3:09-CV-0127-ECR (VPC)

vs.                                      **MINUTES OF THE COURT**

J. MERCER, et al.,                  Date:  September 10, 2010

        Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN              REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

      Plaintiff filed a motion for copy work credit extension (#38) requesting that the court order that plaintiff be allowed to further exceed his $100 copy credit at the prison so that he would be able to attach exhibits to his opposition to motion for summary judgment.  Defendants filed a limited opposition (#39).

      The court has reviewed plaintiff's opposition to defendants' motion for summary judgment (#40) and plaintiff did, in fact, attach copies of exhibits.  Therefore, the court assumes that plaintiff's copy work credit issue has been resolved to the extent that he was able to complete his brief in this matter.  Therefore,

      **IT IS ORDERED** that plaintiff's motion for copy work credit extension (#38) is **DENIED** without prejudice.  If plaintiff requires additional copies at a later point in this case, he may refile his motion at that time.

      **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                            By:    /s/
                                 Deputy Clerk