```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| JAMES JEFFERSON KENNER, | 3:09-cv-00127-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: February 23, 2011 |
| J. MERCER, | |
| Defendant. | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

On January 26, 2011, the Magistrate Judge filed a Report and Recommendation (#53) recommending that Defendants' Motion for Summary Judgment (#34), filed on August 9, 2010, on Plaintiff's due process claim in count two be granted. Objections (#54) were timely filed to the Report and Recommendation by Plaintiff on February 15, 2011. Plaintiff's objections are not well taken and are overruled.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#53) is well taken and is **APPROVED** and **ADOPTED**. The evidence presented in support of the Motion for Summary Judgment indicates that Defendant complied with Plaintiff's due process rights with respect to the disciplinary hearing.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#34), filed on August 9, 2010, is **GRANTED**.

The Clerk shall enter judgment accordingly.

                                        LANCE S. WILSON, CLERK

                                        By     /s/
                                             Deputy Clerk